AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Jose Roberto De Freitas Junior | ) | |
| | ) | 26-mj-4355-DHH |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____May 18, 2026_____ in the county of _____Essex_____ in the

_____ District of ___Massachusetts___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1543 | Forgery or False Use of a Passport |

This criminal complaint is based on these facts:

See attached Affidavit of Homeland Security Investigations (HSI) Special Agent Christian Brackett

☑ Continued on the attached sheet.

_Christian Brackett_
*Complainant's signature*

Christian Brackett, Special Agent, HSI
*Printed name and title*

~~Subscribed and~~ sworn to via telephone in accordance with
Federal Rule of Criminal Procedure 4.1.

Date: **May 29, 2026**

_____
*Judge's signature*

City and state:  Boston, Massachusetts

Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*