**AFFIDAVIT OF SPECIAL AGENT CHRISTIAN BRACKETT
IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Christian Brackett, having been sworn, state:

**Introduction and Agent Background**

1.      I am a Special Agent (**SA**) with the United States Department of Homeland Security, Homeland Security Investigations (**HSI**), and have been so employed since September 2026. Prior to joining HSI, I was a Special Agent with the United States Drug Enforcement Administration for 25 years, 5 years of which I served in a supervisory role, and a Deputy Director with the Massachusetts Department of Revenue, Criminal Investigations Bureau for 2 years.

2.       I have a B.A. degree in Criminal Justice from the University of Massachusetts Lowell and a certificate in Public Administration from Suffolk University. I have extensive experience conducting and supervising investigations involving money laundering, tax fraud and false identification documents. My current duties as an HSI Special Agent include conducting investigations involving the fraudulent acquisition, production, and misuse of United States immigration documents, passports, and other identity documents along with investigating financial and public benefit fraud. Due to my training, experience, and conversations with other law enforcement officers, I am familiar with the methods, routines, and practices of document counterfeiters, vendors, and persons who fraudulently obtain or assume false identities.

3.      I am currently assigned to the HSI New England Document and Benefit Fraud Task Force (**DBFTF**), a specialized field investigative group comprised of personnel from various state, local, and federal agencies with expertise in detecting, deterring, and disrupting organizations and individuals involved in various types of document, identity, financial, and benefit fraud schemes. As part of this task force, I am responsible for conducting investigations involving, but not limited to, the manufacturing, counterfeiting, alteration, sale, and use of identity documents and other

1

fraudulent documents to evade law enforcement or for other criminal activity.  Due to my training and experience, as well as conversations with other law enforcement officers, I am familiar with the methods, routines, and practices of document counterfeiters, vendors, and people who fraudulently obtain or assume false identities.

4.      I have participated in various aspects of investigations into the use and manufacture of fraudulent documents, including conducting physical surveillance, surveillance of controlled purchases involving undercover agents and/or cooperating witnesses, the introduction of undercover agents, the execution of search warrants, the effecting of arrests, and the debriefing of defendants, informants, and witnesses.

## Purpose of Affidavit

5.      I submit this affidavit in support of an application for a criminal complaint charging Jose Roberto DE FREITAS Junior (**DE FREITAS**) with a violation of 18 U.S.C. § 1543, Forgery or False Use of a Passport (**Target Offense**).

6.      This affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and federal agents, and my review of records described herein. This affidavit is not intended to set forth all the information that I have learned during this investigation but includes only the information necessary to establish probable cause for the requested criminal complaint and search warrant.

## Probable Cause

7.      On May 18, 2026, Andover Police responded to Citizen's Bank located at 209 Main Street, Andover, MA to investigate a report that an individual inside the bank used a fraudulent Brazilian passport to access a business account that had been flagged by Citizen's Bank for fraud. The individual was later identified as Jose Roberto DE FREITAS Junior.

8.    Upon arrival, Andover Police Officer Ulises Perez asked DE FREITAS for his identification. DE FREITAS provided Officer Perez with a purported Brazilian passport with passport number Gx-xxx-285,[1] under the name Murilo Roberto Silvano (**False Silvano Passport**). The passport displayed DE FREITAS's photograph. DE FREITAS had presented the False Silvano Passport to the Citizen Bank teller to access the account. Andover Police seized the False Silvano Passport.

9.    I also responded to the 209 Main Street, Andover Citizen's Bank to interview DE FREITAS. DE FREITAS had invoked his right to counsel prior to my arrival, so I did not question him.

10.    Andover Police arrested DE FREITAS. A biometric check of DE FREITAS' fingerprints taken at booking confirmed DE FREITAS had been arraigned in Marlborough District Court on December 2, 2025, under the name "Jose De FREITAS" (YOB 1995) for Operating After Suspension. DE FREITAS further admitted during the booking process that he was a citizen of Brazil.[2] Federal biometric and name searches identified DE FREITAS as Jose Roberto DE FREITAS Junior (YOB 1995[3]), a citizen of Brazil who has not been lawfully admitted to the United States.

11.    On May 27, 2026, State Department Special Agent Kathleen Cusack confirmed with an official from Brazil that the False Silvano Passport is fraudulent and is not an authentic Brazilian passport. The Brazilian official confirmed to SA Cusack that no Brazilian passport could

---

[1] The passport number is redacted from the complaint to protect the privacy of the victim to whom this passport number belongs.

[2] DE FREITAS was later arrested outside of Andover Police Department by DHS Immigration and Customs Enforcement, Enforcement Removal Operations on an administrative warrant on May 18, 2026. My understanding is that DE FREITAS currently remains in ICE custody.

[3] DE FREITAS' date of birth is redacted from the Complaint for privacy reasons. Each reference to DE FREITAS' date of birth in the form "YOB 1995" is a reference to the same date of birth.

be found in their system for the name Murilo Roberto SILVANO, and that Brazilian passport number Gx-xxx-285 belongs to a woman named D.S.C.[4] (YOB 1966) and not SILVANO.

12.     On May 27, 2026, I spoke with Investigator Ruth Thorton from Citizen's Bank. Investigator Thorton stated that Citizen's Bank identified DE FREITAS as the individual who opened multiple business accounts using several different fraudulent Brazilian passports as identification. The accounts were listed as auto sales-related businesses and were used to accept numerous large wire transfers, some of which were later recalled for fraud. Investigator Thorton stated that the bank had photographs of DE FREITAS making withdrawals from the various accounts.

13.     Bank records that I have reviewed show that a person who stated that his name was "Murilo Roberto SILVANO" opened bank account # xxx-xxx-6319 at a Citizen's Bank branch in Lawrence, MA on May 5, 2026, using the False Silvano Passport for identification. The name on that account is "BM Westgate Auto LLC" (**Westgate Auto Account**). Investigator Thornton further conveyed that the only person named with access to the account was the name Murilo Roberto Silvano.

14.     Investigator Thorton further stated that wire transfers had been used to deposit funds in the Westgate Auto Account. According to a summary of the bank's review that I have viewed, some of the memos associated with these wire transfers indicated that those wires were related to vehicle purchases. For example, on May 15, 2026, the Westgate Auto Account received an incoming wire for $32,500 from Millennium Corporate Credit Union account # xxx50, under the name Lloyd Shaw, 40627 Hwy P, Vandalia, MO 63382. That wire transfer was directed to BM Westgate LLC, and the memo indicated that the wire was for a vehicle purchase. That wire transfer

---

[4] The name of the victim is known to the government and is redacted here for privacy reasons.

was recalled by the originating bank for reported fraud.

15.     According to Investigator Thorton, bank surveillance photographs show that DE FREITIS is the only person who has withdrawn funds from the Westgate Auto Account, and bank records and surveillance photos indicate that DE FREITAS made in-branch withdrawals totaling approximately $9,000 from the Westgate Auto Account.

16.     Investigator Thorton informed me that the account was quickly marked as fraudulent due to the ongoing fraud by DE FREITAS' use of other Citizen Bank accounts, which DE FREITAS opened using other apparently fraudulent Brazilian passports for purported car sales businesses. These other accounts also received wire transfers that were later recalled due to fraud reported by the sender's bank.

17.     On May 18, 2026, DE FREITAS was at the Citizens bank branch in Andover, MA inquiring why the Westgate Auto Account had been marked fraudulent.

### Conclusion

18.     For the reasons above, I submit that there is probable cause to believe that on May 5, 2026, DE FREITAS, posing as Murilo Roberto SILVANO, used a false Brazilian passport under the name Murilo Roberto SILVANO and with the passport number Gx-xxx-285 to open Citizen's Bank account # xxx-xxx-6319 under the business name BM Westgate Auto LLC. I also submit that on May 18, 2026, after account # xxx-xxx-6319 was marked by Citizens Bank for reported fraud, SILVANO presented the fraudulent passport to a Citizens Bank employee in an attempt to access the account. On the same day, May 18, 2026, DE FREITAS presented the fraudulent passport to an Andover Police Officer and falsely identified himself as SILVANO to Andover

5

Police, all in violation of 18 U.S.C. § 1543.

19.     Sworn to under the pains and penalties of perjury,

_Christian Brackett_
_____
Special Agent Christian Brackett
Homeland Security Investigations

SWORN before me telephonically pursuant to Fed. R. Crim. P. 4.1(d)(3) this 29th day of May 2026.

3:52 p.m.                        _____
HONORABLE DAVID H. HENNESSY
UNITED STATES MAGISTRATE JUDGE

6